**DUFFYAMEDEO LLP**
132 West 31st Street, 9th Floor
New York, NY 10010
Todd E. Duffy
Douglas A. Amedeo
Tel: (212) 729-5832
tduffy@duffyamedeo.com
damedeo@duffyamedeo.com

*Proposed Counsel to Debtor Centric Fm Solutions, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                              :       Case No. 23-XXXXX (XX)
                                                   :
CENTRIC Fm SOLUTIONS, INC.                         :       Chapter 11
                                                   :
                        Debtor.                    :
                                                   :
-----------------------------------------------------------x

### DECLARATION OF CHIP ZOEGALL UNDER RULE 1007-4 OF LOCAL BANKRUPTCY RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

I, Chip Zoegall, make this declaration under 28 U.S.C. § 1746:

1. I am the President and sole shareholder of the debtor, Centric Fm Solutions, Inc. ("Centric" or "Debtor") and fully familiar with the facts set forth herein. This declaration is submitted pursuant to Rule 1007-4 of the Local Bankruptcy Rules of this Court.

2. On the date hereof (the "Petition Date") the Debtor commenced a voluntary Chapter 11 proceeding with this Court.

**Local Rule 1007-4 (a)(i)**

3. The Debtor is a small business debtor within the meaning of Bankruptcy Code § 101 (51D).

1

### Local Rule 1007-4 (a)(ii)

4. The Debtor is not a single asset real estate debtor within the meaning of Bankruptcy Code § 101 (51B).

### Local Rule 1007-4 (a)(iii)

5. The Debtor provides facility management and support services for capital improvement programs and everyday facility support to primarily commercial entities. The instant filing was primarily precipitated by an attachment action commenced by a judgment creditor and the Debtor's inability to work out an adequate payment arrangement with this creditor prior to the initiation of the attachment.

### Local Rule 1007-4 (a)(iv)

6. Not Applicable.

### Local Rule 1007-4 (a)(v)

7. Not Applicable.

### Local Rule 1007-4 (a)(vi)

8. A list of the twenty (20) largest unsecured creditors is being filed herewith. I am the person most familiar with the accounts relating to these creditors.

### Local Rule 1007-4 (a)(vii)

9. The holders of secured claims will be set forth in Schedule D to the Chapter 11 Petition.

### Local Rule 1007-4 (a)(viii)

10. A spreadsheet of current A/R prepared by the Debtor's accountants is annexed hereto as **EXHIBIT A** and made a part hereof. Current liabilities will be set forth in the filed schedules herewith.

**Local Rule 1007-4 (a)(ix)**

11. There exists one class of stock and I am the 100% shareholder.

**Local Rule 1007-4 (a)(x)**

12. Not Applicable.

**Local Rule 1007-4 (a)(xi)**

13. Leased premises, 118-35 Queens Blvd., Suite 400, Forest Hills, N.Y. 11375.

**Local Rule 1007-4 (a)(xii)**

14. 118-35 Queens Blvd., Suite 400, Forest Hills, N.Y. 11375.

**Local Rule 1007-4 (a)(xiii)**

15. *Hawkins and DD Restaurant Group, Inc. v. Zoegall, et al.*, Case No. 1:23-cv-4040, U.S. District Ct. (E.D.N.Y.). Complaint filed and preliminary attachment sought.

**Local Rule 1007-4 (a)(xiv)**

16. Chip Zoegall, President, oversees all company operations.

**Local Rule 1007-4 (a)(xv)**

17. Not Applicable. No payroll planned for applicable period.

**Local Rule 1007-4 (a)(xvi)**

18. No payments for services planned for the thirty day period.

**Local Rule 1007-4 (a)(xvii)**

19. No receipts expected for the thirty day period.

**Local Rule 1007-4 (a)(xviii)**

20. General liability, Colonial Insurance, 12/14/2022-12/14/2023; Automobile, Amgard 10/24/2022-10/24/2023; Excess Liability, Endurance American Specialty, 3/03/2022-12/14/2023; Shelter Point Life, DBL/PFL 3/14/2022-4/17/2023.

**Local Rule 1007-4 (a)(xix)**

21. TD Bank

108-36 Queens Blvd.

Forest Hills, NY 11375

Two checking accounts and a Money Market account

Dated: Forest Hills, New York
June 19, 2023

Chip Zoegall
As President

# EXHIBIT A

## Centricfm Solutions Inc
### A/P Aging Detail
As of June 19, 2023

| Type | Date | Num | Name | Address | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| Bill | 02/24/2023 | 38819 | Accordant Company | 325 Columbia Turnpike, Suite 307 Florham Park, New Jersey 07932 | 03/06/2023 | 105 | 5,000.00 |
| Bill | 03/08/2023 | 147291 | Accordant Company | 325 Columbia Turnpike, Suite 307 Florham Park, New Jersey 07932 | 03/18/2023 | 93 | 506.25 |
| Bill | 02/10/2023 | 23-100-2 | Arch Construction Services | 121 Elliot St East Hartford, CT 06114 | 02/20/2023 | 119 | 247,000.00 |
| Bill | 04/05/2023 | I618066 | Capitol Fire Sprinkler Company | 5151 59th Pl Woodside NY 11377 | 05/05/2023 | 45 | 3,375.13 |
| Bill | 01/27/2023 | 616 | Dag Mobile Aggregate Recycling | 237 Livingston Ave Lyndhurst, NJ 07071 | 02/26/2023 | 113 | 36,938.50 |
| Bill | 02/17/2023 | 620 | Dag Mobile Aggregate Recycling | 237 Livingston Ave Lyndhurst, NJ 07071 | 03/19/2023 | 92 | 3,775.00 |
| Bill | 04/05/2023 | 7322 | Darana Hybrid Inc | 903 Belle Ave Hamilton, OH 45015 | 04/15/2023 | 65 | 5,898.00 |
| Bill | 02/08/2023 | 15862 | Electrical Power Systems, Inc | 17-A Palisades Ave Emerson, NJ 07630 | 02/18/2023 | 121 | 239.91 |
| Bill | 02/10/2023 | 15861 | Electrical Power Systems, Inc | 17-A Palisades Ave Emerson, NJ 07630 | 02/20/2023 | 119 | 9,268.56 |
| Bill | 04/06/2023 | 231177533 | Kwang Lee Construction | 11900 Tac Court Manassas, VA 20109 | 04/16/2023 | 64 | 3,000.00 |
| Bill | 08/16/2023 | 6/16/2023 | Michael Raifsnider | 109 Geary Street Fourth FL, San Francisco CA 94108 | 06/26/2023 | | 1,535.00 |
| Bill | 06/09/2023 | April, 2023 | Robert LaGrega | 11 Captains Walk Bayshore, NY 11706 | 06/19/2023 | | 1,007.66 |
| Bill | 05/22/2023 | RGL_032023 | Robert LaGrega | 11 Captains Walk Bayshore, NY 11706 | 06/01/2023 | 18 | 974.36 |
| Bill | 04/12/2023 | RLG_012023 | Robert LaGrega | 11 Captains Walk Bayshore, NY 11706 | 04/22/2023 | 58 | 956.46 |
| Bill | 04/01/2023 | RLG_022023 | Robert LaGrega | 11 Captains Walk Bayshore, NY 11706 | 04/11/2023 | 69 | 924.97 |
| Bill | 03/15/2023 | INV01315592 | Sage | 14855 Collections Center Dr Chicago, IL 60693 | 03/25/2023 | 86 | 785.17 |
| Bill | 06/01/2022 | 1st draw | Square Interiors | 1818 Chicago, DR SW Wyoming, MI 49519 | 06/11/2022 | 373 | 73,206.00 |
| Bill | 06/15/2022 | co #2 | Square Interiors | 1818 Chicago, DR SW Wyoming, MI 49519 | 06/25/2022 | 359 | 1,780.00 |
| Bill | 06/15/2022 | CO 1 | Square Interiors | 1818 Chicago, DR SW Wyoming, MI 49519 | 06/25/2022 | 359 | 3,000.00 |
| Bill | 06/15/2022 | CO 3 | Square Interiors | 1818 Chicago, DR SW Wyoming, MI 49519 | 06/25/2022 | 359 | 3,510.00 |

402,680.97